1  LAWRENCE G. BROWN
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone: (916) 554-2760

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA, and        2:09-mc-00069-MCE-KJM
   CHARLES DUFF, Revenue Officer, Internal
12 Revenue Service,                     **ORDER ENFORCING I.R.S.**
                                        **SUMMONS**
13              Petitioners,
                                        Taxpayer: ALTA SIERRA
14        v.                            INSURANCE SERVICES
                                        AGENCY, INC.
15 MAX SOLIZ, JR.,

16              Respondent.

17

18        The United States and Revenue Officer Charles Duff here petition for enforcement

19 of an I.R.S. summons.  The matter was placed before United States Magistrate Judge

20 Kimberly J. Mueller under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302.  On August

21 25, 2009, Judge Mueller issued an Order to Show Cause, ordering the respondent, Max

22 Soliz, Jr., to show cause why the I.R.S. summons issued to him on March 31, 2009,

23 should not be enforced.  The Petition, Points and Authorities, and Order to Show Cause

24 were served upon the respondent according to Fed. R. Civ. P. 4(e).  Respondent filed

25 written response to the petition under Order to Show Cause paragraph 7.

26        Judge Mueller presided at the show-cause hearing on September 30, 2009.

27 Assistant United States Attorney Yoshinori Himel represented petitioners; respondent

28 ///

ORDER ENFORCING I.R.S. SUMMONS                                      Page 1

represented himself.  Both petitioner Duff and respondent testified, and petitioners and

respondent brought documentary exhibits, which went into evidence.

On October 7, 2009, Judge Mueller filed Findings and Recommendations, finding

that the requirements for summons enforcement had been satisfied and recommending

that the summons be enforced.  Neither side filed objections to the Magistrate Judge's

findings and recommendations.

I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and

Local Rule 72-304.  I am satisfied that the Magistrate Judge's findings and

recommendations are supported by the record and by proper analysis, and that the

requested summons enforcement should be granted.  Accordingly, it is hereby

ORDERED as follows:

1.  The Magistrate Judge's Findings and Recommendations, filed October 7, 2009,

are ADOPTED IN FULL.

2.  The I.R.S. summons issued to respondent, Max Soliz, Jr., is ENFORCED.

3.  Respondent, Max Soliz, Jr., is ORDERED to appear at the I.R.S. offices at

4330 Watt Avenue, Sacramento, California, 95821, before Revenue Officer Charles Duff,

or his designated representative, within 21 days of the filing of this order, or at an

alternate time and date to be set by Revenue Officer Duff, then and there to be sworn, to

give testimony, and to produce for examining and copying the books, checks, records,

papers and other data demanded by the summons, the examination to continue from day

to day until completed.

It is SO ORDERED.

Dated:  November 3, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE