BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>MAX SOLIZ, JR.,<br><br>Respondent. | 2:09-mc-00069-MCE-KJM<br><br>**ORDER RE: COMPLIANCE**<br><br>Taxpayer: ALTA SIERRA INSURANCE SERVICES AGENCY, INC. |

Petitioners filed a Notice of Compliance and Suggestion to Close File on October 29, 2009. Accordingly, the case may be closed, without prejudice to the enforcement of any future summons.

The Clerk of the Court shall close this case.

It is SO ORDERED.

Dated: November 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE